B6F (Official Form 6F) (12/07)

*AMENDED*

In re  Latitude Solutions, Inc.  ,    Case No. 12-46295-rfn-7
    Debtor           (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

 State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

 If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

 If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

 Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Accelerated Technologies<br>312 S Old Dixie Hwy, Suite 109<br>Jupiter, FL 33458 | | | Incurred: 9/24/12<br>Consideration: Goods and services | | | | 3,543.64 |
| ACCOUNT NO.<br>Ace Business Forms<br>151 NW 108th<br>Terrace Plantation, FL 33324 | | | Incurred: 8/23/12<br>Consideration: Goods and services | | | | 212.00 |
| ACCOUNT NO.<br>Akin Gump Strauss Hauer & Feld LLP<br>Dept 7247-6827<br>Philadelphia, PA 19170-6827 | | | Incurred: various<br>Consideration: Legal Services | | | | 23,023.15 |
| ACCOUNT NO.<br>ALS Laboratory Group<br>PO Box 975444<br>Dallas, TX 75397-5444 | | | Incurred: 10/26/12<br>Consideration: Goods and services | | | | 175.00 |

  14  continuation sheets attached      Subtotal ▶   $   26,953.79

                               Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re __Latitude Solutions, Inc._____,  Case No. __12-46295-rfn-7_____
                           **Debtor**                                                            **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Brent Dooley<br>PO Box 141<br>Eads, TN 38028 | | | Consideration: Expense reimbursement<br>Former employee | | | | 524.01 |
| ACCOUNT NO.<br>Buzzbahn, LLC<br>c/o Lance H. Meyer, Esq., PLLC<br>1111 Marcus Ave, Suite 107<br>Lake Success, NY 11042 | | | Consideration: Lawsuit | | X | X | 0.00 |
| ACCOUNT NO.<br>Capital Growth<br>630 Germantown Pike<br>Plymouth Meetin, PA 19462 | | | Incurred: 5/14/12<br>Consideration: Convertible note | | | | 250,000.00 |
| ACCOUNT NO.<br>Carly Singer<br>c/o Erika Deutsch Rotbart, Esq.<br>Deutsch Rotbart & Associates PA<br>4755 Technology Way, Suite 106<br>Boca Raton, FL 33431 | | | Consideration: Lawsuit | | X | X | 0.00 |
| ACCOUNT NO.<br>Catalyst Design Services<br>PO Box 82811<br>Austin, TX 78708 | | | Incurred: 9/26/12<br>Consideration: Goods and services | | | | 50.00 |

Sheet no. __1__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 250,574.01

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re  Latitude Solutions, Inc.                                ,    Case No.  12-46295-rfn-7
                        **Debtor**                                                   **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CenterPoint Energy<br>PO Box 4671<br>Houston, TX 77201 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Central Arkansas Tool Supply, Inc.<br>5099 Heber Springs Rd<br>West Quitman, AR 72131 | | | Incurred: 8/7/12<br>Consideration: Goods and services | | | | 140.78 |
| ACCOUNT NO.<br>City of Boca Raton<br>Alarm Billing<br>201 W Palmetto Park Rd<br>Boca Raton, FL 33432 | | | Incurred: 4/27/12<br>Consideration: Notice only | | | | Notice Only |
| ACCOUNT NO.<br>Colorado Analytical<br>PO Box 507<br>Brighton, CO 80601 | | | Incurred: 8/15/12<br>Consideration: Goods and services | | | | 60.00 |
| ACCOUNT NO.<br>Corporation Guarantee & Trust Company<br>3331 Street Rd<br>Bensalem, PA 19020 | | | Incurred: various<br>Consideration: Goods and services | | | | 875.00 |

Sheet no. 2 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,075.78

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re  Latitude Solutions, Inc.            ,     Case No. 12-46295-rfn-7
              **Debtor**                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Crestmark Bank<br>Attn: Lockbox Dept - Latitude Energy<br>5480 Corporate Dr, Suite 350<br>Troy, MI 48098 | | | Incurred: various<br>Consideration: Line of credit | | | | 4,242.12 |
| ACCOUNT NO.<br>DGS Properties, LLC<br>2401 NW Boca Raton Blvd, Suite 100<br>Boca Raton, FL 33431 | | | Incurred: various<br>Consideration: Office lease | | | | 20,881.28 |
| ACCOUNT NO.<br>Discretionary Investment Trust Account<br>630 Germantown Pike<br>Plymouth Meeting, PA 19462 | | | Incurred: 5/21/12; 6/11/12<br>Consideration: Convertible notes | | | | 250,000.00 |
| ACCOUNT NO.<br>DLA Piper<br>200 S Biscayne Blvd, Suite 2300<br>Miami, FL 33131-5342 | | | Incurred: various<br>Consideration: Legal Services | | | | 761,260.14 |
| ACCOUNT NO.<br>Douglas Neil Ferris<br>and/or Maxine Ferris JTWROS<br>Box 4, Site 27<br>Rocky Mountain House, Alberta<br>Canada T4T2A2 | | | Incurred: 8/28/09<br>Consideration: Convertible note | | | | 15,261.00 |

Sheet no. 3 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 1,051,644.54

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re __Latitude Solutions, Inc._____,  Case No. __12-46295-rfn-7_____
              **Debtor**                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Entergy Arkansas, Inc.<br>PO Box 8101<br>Baton Rouge, LA 70891 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Evergreen Tank Solutions<br>PO Box 840600<br>Dallas, TX 75284-0600 | | | Consideration: Goods and services | | | | 3,996.75 |
| ACCOUNT NO.<br>Fas=Line Fluid Services, LLC<br>PO Box 203187<br>Dept 18705<br>Dallas, TX 75320 | | | Consideration: Goods and services | | | | 11,666.00 |
| ACCOUNT NO.<br>Fastenal Company<br>PO Box 1286<br>Winoma, MN 55987-1286 | | | Incurred: 10/18/12<br>Consideration: Goods and services | | | | 288.81 |
| ACCOUNT NO.<br>FEQ Realty<br>24224 Kanis Rd<br>Little Rock, AR 72223 | | | Incurred: 5/15/12; 6/22/12<br>Consideration: Convertible notes | | | | 200,000.00 |

Sheet no. __4__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 215,951.56

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

AMENDED

In re  Latitude Solutions, Inc._____,   Case No. __12-46295-rfn-7_____
                      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Firodaliso LTD c/o North Atlantic SAM<br>Attn: Monica Grabovsek<br>Le Patio Palace, 41 Ave Hector Otto<br>Monaco, Principality of Monaco | | | Incurred: 5/15/12<br>Consideration: Convertible note | | | | 250,000.00 |
| ACCOUNT NO.<br>Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188-0001 | | | Incurred: various<br>Consideration: Goods and services | | | | 300.63 |
| ACCOUNT NO.<br>General Air<br>1105 Zuni St<br>Denver, CO 80204-3338 | | | Consideration: Goods and services | | | | 2,236.58 |
| ACCOUNT NO.<br>Greg Bell Truck Services<br>Dept 144<br>PO Box 1000<br>Memphis, TN 38148-0144 | | | Incurred: 7/24/12<br>Consideration: Goods and services | | | | 2,376.00 |
| ACCOUNT NO.<br>Harrison Business Park, LLC<br>c/o Peak Commercial Properties<br>104 S Cascade, Suite 214<br>Colorado Springs, CO 80903 | | | Consideration: Office lease | | | | 0.00 |

Sheet no. __5__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 254,913.21

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re  Latitude Solutions, Inc._____,  Case No. __12-46295-rfn-7_____
           **Debtor**             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Healthcare Equipment Funding<br>1310 Madrid St, Suite 103<br>Marshall, MN 56258 | | | Incurred: various<br>Consideration: Equipment lease | | | | 0.00 |
| ACCOUNT NO.<br>iAnalyst, Inc.<br>21 SE 1st Ave, 5th Floor<br>Miami, FL 33131 | | | Consideration: Goods and services | | | | 2,650.00 |
| ACCOUNT NO.<br>IP Automation, Inc.<br>2812 National Place<br>Colorado Springs, CO 80906 | | | Consideration: Contract claim - lawsuite pending<br>Subject to setoff - Debtor has counterclaim | | X | X | 1,347,113.19 |
| ACCOUNT NO.<br>Island Stock Transfer<br>Roosevelt Office Ctr<br>15500 Roosevelt Blvd, Suite 301<br>Clearwater, FL 33760 | | | Consideration: Goods and services | | | | 550.00 |
| ACCOUNT NO.<br>Jabil Circuit, Inc.<br>PO Box 70870<br>Chicago, IL 606073-0870 | | | Incurred: various<br>Consideration: Goods and services | | | | 9,245,475.27 |

Sheet no. __6__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 10,595,788.46

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Amended*

In re: Latitude Solutions, Inc.,     Case No. 12-46295-rfn-7
          **Debtor**                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>James S Shaver &<br>Ann M Shaver JTWOS<br>908 Riverbend Rd<br>Clinton, TX 37716 | | | Incurred: 8/25/09<br>Consideration: Convertible note | | | | 10,000.00 |
| ACCOUNT NO.<br>Jay Young Enterprises<br>PO Box 1711<br>Odessa, TX 79760 | | | Incurred: 11/1/12<br>Consideration: Commission | | | | 20,133.00 |
| ACCOUNT NO.<br>Jeffrey A. Wohler<br>1740 Birchwood Drive<br>San Marcos, CA 924062 | | | Incurred: 7/1/12 - 8/31/12<br>Consideration: Consulting | | | | 42,500.00 |
| ACCOUNT NO.<br>Jeffrey Wohler<br>3500 W Seventh St<br>Fort Worth, TX 76107 | | | Incurred: 1/4/12<br>Consideration: Convertible note | | | | 50,000.00 |
| ACCOUNT NO.<br>John D. Brown<br>104 Oakwood Place<br>Emmittsburg, IA 50536 | | | Incurred: 9/4/09; 9/25/09<br>Consideration: Convertible notes | | | | 20,000.00 |

Sheet no. 7 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 142,633.00

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*Amended*

In re __Latitude Solutions, Inc._____,     Case No. __12-46295-rfn-7_____
                          **Debtor**                                           **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Keathley-Patterson Electric<br>604 E Booth Ave<br>Searcy, AR 72143 | | | Consideration: Goods and services | | | | 0.00 |
| ACCOUNT NO.<br>Ken M. Link<br>3500 W Seventh St<br>Fort Worth, TX 76107 | | | Incurred: various<br>Consideration: Office lease | | | | 55,885.00 |
| ACCOUNT NO.<br>LABLynx, Inc.<br>PO Box 724207<br>Atlanta, GA 31139 | | | Incurred: various<br>Consideration: Goods and services | | | | 3,150.00 |
| ACCOUNT NO.<br>Lake Shore International, LTD<br>1405 Ostrander Ave<br>Lagrange Park, IL 60526 | | | Incurred: 8/30/12<br>Consideration: Goods and services | | | | 86.00 |
| ACCOUNT NO.<br>Lewis & Rost<br>8400 E Prentice Ave, #1040<br>Greewood Village, CO 80111-2922 | | | Incurred: various<br>Consideration: Goods and services | | | | 22,664.00 |

Sheet no. __8__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 81,785.00

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*Amended*

In re __Latitude Solutions, Inc._____,  Case No. __12-46295-rfn-7_____
                     **Debtor**                                                                       **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LuminUltra Technologies, LTD<br>520 King St<br>Fredericton, New Brunswick<br>Canada E3B 6G3 | | | Incurred: various<br>Consideration: Goods and services | | | | 2,423.63 |
| ACCOUNT NO.<br>Magnified Imaging solutions<br>7037 NW 88th Ave<br>Tamarac, FL 33321 | | | Consideration: Goods and services | | | | 0.00 |
| ACCOUNT NO.<br>Meurer Research, Inc.<br>6270 Joyce Dr<br>Golden, CO 80403 | | | Incurred: 9/27/12<br>Consideration: Goods and services | | | | 2,000.00 |
| ACCOUNT NO.<br>Michael A. Littman<br>7609 Ralston Rd<br>Arvada, CO 80002 | | | Incurred: various<br>Consideration: Goods and services | | | | 10,054.00 |
| ACCOUNT NO.<br>Michael Moe<br>5741 Whispering Willow Way<br>Ft. Meyers, FL 33908 | | | Incurred: 12/14/10<br>Consideration: Convertible note | | | | 1,000.00 |

Sheet no. __9__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 15,477.63

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*AMENDED*

In re  Latitude Solutions, Inc.                                     ,     Case No.  12-46295-rfn-7
            **Debtor**                                                                               **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> ModernTech <br> 1626 Downtown West Blvd <br> Knoxville, TN 37919 | | | Incurred: various <br> Consideration: Goods and services | | | | 6,630.30 |
| ACCOUNT NO. <br> Moonlight Enterprises <br> c/o North Atlantic SAM <br> Attn: Monica Grabovsek <br> Le Patio Palace, 41 Ave Hector Otto <br> Monaco, Principality of Monaco | | | Incurred: 5/18/12 <br> Consideration: Convertible note | | | | 250,000.00 |
| ACCOUNT NO. <br> MRK Acquisition, Inc. <br> 190 NW Spanish River Blvd, Suite 100 <br> Boca Raton, FL 33431 | | | Consideration: Office lease | | | | 19,344.00 |
| ACCOUNT NO. <br> NFS Leasing <br> 900 Cummings Ctr, Suite 309-V <br> Beverly, MA 01915 | | | Consideration: Equipment lease | | | | 4,991.36 |
| ACCOUNT NO. <br> Nixon & Vanderhye, P.C. <br> 901 Glebe Rd <br> Arlington, VA 22203 | | | Incurred: various <br> Consideration: Goods and services | | | | 6,487.50 |

Sheet no. __10__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $  287,453.16

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*AMENDED*

In re __Latitude Solutions, Inc._____,  Case No. __12-46295-rfn-7_____
              **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>North Texas Tollway Authority<br>PO Box 660244<br>Dallas, TX 75266 | | | Incurred: 10/22/12<br>Consideration: Goods and services | | | | 47.47 |
| ACCOUNT NO.<br>Office Depot | | | Incurred: 8/23/12<br>Consideration: Goods and services | | | | 196.13 |
| ACCOUNT NO.<br>Permian Machinery Movers<br>PO Box 11281<br>Odessa, TX 79760-8281 | | | Consideration: Goods and services | | | | 1,017.87 |
| ACCOUNT NO.<br>Phillips, Cantor & Shalek, P.A.<br>4000 Hollywood Blvd, Suite 500<br>North Hollywood, FL 33021 | | | Incurred: various<br>Consideration: Goods and services | | | | 1,905.76 |
| ACCOUNT NO.<br>Pitney Bowes<br>1 Elmcroft Rd<br>Stamford, CT 06926 | | | Incurred: 10/3/12<br>Consideration: Goods and services | | | | 74.97 |

Sheet no. __11__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $     3,242.20

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*Amended*

In re  Latitude Solutions, Inc.  ,                    Case No. 12-46295-rfn-7
                    **Debtor**                                                     **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Porter Hedges LLP<br>Dept 510<br>PO Box 4346<br>Houston, TX 77210-4346 | | | Incurred: various<br>Consideration: Legal Services | | | | 10,507.10 |
| ACCOUNT NO.<br>PR Newswire<br>GPO Box 5897<br>New York, NY 10087-5897 | | | Incurred: various<br>Consideration: Goods and services | | | | 2,925.50 |
| ACCOUNT NO.<br>ShredAssured, Inc.<br>PO Box 213321<br>Royal Palm Beach, FL 33421 | | | Incurred: 8/14/12<br>Consideration: Goods and services | | | | 35.00 |
| ACCOUNT NO.<br>Sigma Aldrich<br>PO Box 535182<br>Atlanta, GA 30352 | | | Incurred: 8/13/12<br>Consideration: Goods and services | | | | 204.43 |
| ACCOUNT NO.<br>Southern Tire Mart<br>PO Box 1000, Dept 143<br>Memphis, TN 38148-0143 | | | Incurred: various<br>Consideration: Goods and services | | | | 2,376.19 |

Sheet no. 12 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 16,048.22

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

*AMENDED*

In re  Latitude Solutions, Inc.  ,  Case No.  12-46295-rfn-7
           **Debtor**                                                           **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Technology Laboratory, Inc.<br>PO Box 272271<br>Fort Collins, CO  80527-2271 | | | Incurred: various<br>Consideration: Goods and services | | | | 1,873.00 |
| ACCOUNT NO.<br>Texas Tollways<br>PO Box 650749<br>Dallas, TX  75265-0749 | | | Incurred: 10/26/12<br>Consideration: Goods and services | | | | 32.61 |
| ACCOUNT NO.<br>Thompson Reuters (Markets) LLC<br>PO Box 5136<br>Carol Stream, IL  60197-5136 | | | Incurred: various<br>Consideration: Goods and services | | | | 2,154.92 |
| ACCOUNT NO.<br>US Securities & Exchange Commission<br>100 F St, NE<br>Washington, DC  20549 | | | | | | | Notice Only |
| ACCOUNT NO.<br>Vapor Solutions, Inc.<br>3500 W Seventh St<br>Fort Worth, TX  76107 | | | Incurred: 11/1/12 | | | | 98,200.93 |

Sheet no. 13 of 14 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 102,261.46

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

*AMENDED*

In re **Latitude Solutions, Inc.**, Case No. **12-46295-rfn-7**
                Debtor                                       (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Walsh Environmental<br>4888 Pearl East Circle, Suite 108<br>Boulder, CO 80301 | | | Incurred: 10/15/12<br>Consideration: Goods and services | | | | 650.00 |
| ACCOUNT NO.<br>Water the World<br>3500 W Seventh St<br>Fort Worth, TX 76107 | | | Incurred: 11/1/12 | | | | 7,318.42 |
| ACCOUNT NO.<br>Wilhelm Charitable Remainder Trust<br>c/o Steele Street Bank & Trust<br>55 Adams St<br>Denver, CO 80210 | | | Incurred: 7/9/10<br>Consideration: Convertible note | | | | 10,000.00 |
| ACCOUNT NO.<br>Windstream Communications<br>PO Box 580451<br>Charlotte, NC 28258-0451 | | | Consideration: Goods and services | | | | 0.00 |
| ACCOUNT NO.<br>Zephyrhills Direct<br>PO Box 856680<br>Louisville, KY 40285-6680 | | | Incurred: various<br>Consideration: Goods and services | | | | 74.18 |

Sheet no. __14__ of __14__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $    18,042.60

Total ▶ $    **13,063,844.62**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)