U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS
ON THE COURT'S DOCKET
TAWANA C. MARSHALL, CLERK

OCT 0 2 2014

D. Michael Lynn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| LATITUDE SOLUTIONS, INC. | § § | CASE NO. 12-46295-rfn-11 |
| DEBTOR. | § § | |

### ORDER APPROVING EMPLOYMENT OF SPECIAL LITIGATION COUNSEL FOR CHAPTER 11 TRUSTEE

On October 1, 2014, this Court held a hearing on the Application to Employ Special Litigation Counsel for Chapter 11 Trustee (Dkt. No. 220, the "Application") in the above-referenced case. The Court, having considered the Application and noting that proper notice of the Application and hearing was given to all necessary parties, finds as follows:

1. On November 9, 2012, Latitude Solutions, Inc. (the "Debtor") filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. Carey Ebert (the "Trustee") was appointed the chapter 7 trustee. On April 5, 2013, this Court entered

an order converting the case to chapter 11. The Trustee was appointed the chapter 11 trustee, and she continues to serve in that capacity.

2. The Trustee filed the Application seeking this Court's approval to employ Walters, Papillion, Thomas, Cullens, LLC, the Broyles Law Firm, LLC, the Anderson Firm, LLC, and Haynes and Boone LLP (collectively, the "Firms") as special litigation counsel on a contingent fee agreement described in the Application.

3. The Firms meet the criteria for employment of counsel and have complied with the requirements of sections 327 and 328 of the Bankruptcy Code and Bankruptcy Rule 2014. The Court finds and concludes that the Firms are disinterested and do not hold or represent any interest adverse to the Debtor's bankruptcy estate.

4. The Trustee's proposed employment of the Firms, on the terms set forth in the Application, is appropriate and in the best interest of the Debtor's bankruptcy estate.

5. Pursuant to section 102(1) of the Bankruptcy Code, the notice and opportunity for a hearing provided in connection with the Application and this Order were appropriate under the circumstances of this case.

IT IS THEREFORE ORDERED that the Application is granted.

IT IS FURTHER ORDERED that the Trustee's proposed employment of the Firms as special litigation counsel on the terms set forth in the Application is hereby approved, effective as of September 17, 2014.

###End of Order###

4831-6883-8686, v. 1