BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Latitude Solutions, Inc. | Motion to approve amendment to contingent fee agreement with special litigation counsel filed by Trustee Carey Dalton Ebert (274) | Case # 12–46295–rfn11 |
| **DEBTOR** | | |

**TYPE OF HEARING**

| | | |
|---|---|---|
| Trustee Carey Dalton Ebert | VS | John Paul DeJoria, Jeffrey Wohler, and Vapor Solutions, Inc. |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Ken Hill | Mark Platt |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

| | |
|---|---|
| Trustee Exhibit A: September 23, 2014 Engagement Letter | \*\*\*NONE OFFERED\*\*\* |
| Trustee Exhibit B: Amendment to Contingent Fee Agreement | |

| | | |
|---|---|---|
| Karyn Rueter | 8/12/2015 | Russell F. Nelms |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |