FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 12-46295-ELM | Trustee Name: | Carey D. Ebert |
|---|---|---|---|
| Case Name: | LATITUDE SOLUTIONS, INC. | Date Filed (f) or Converted (c): | 09/26/2018 (c) |
| For the Period Ending: | 7/2/2019 | §341(a) Meeting Date: | 12/12/2012 |
| | | Claims Bar Date: | 02/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Bank account-PNC Bank | $0.00 | $0.00 | | $0.00 | FA |
| 2  Bank account-Southwest Bank | $11,268.14 | $9,100.50 | | $9,100.50 | FA |
| 3  PNC Bank account ending in 308 | $0.00 | $0.00 | | $0.00 | FA |
| 4  deposit with SEC | $22,994.00 | $0.00 | | $0.00 | FA |
| 5  CenterPoint Energy security deposit | $325.00 | $0.00 | | $0.00 | FA |
| 6  Entergy Arkansas, Inc. utility deposit | $1,007.00 | $134.59 | | $134.59 | FA |
| 7  Entergy Arkansas, Inc. utility deposit acct no. ending in 617 | $1,007.00 | $109.41 | | $109.41 | FA |
| 8  key man insurance policies; term coverage | $0.00 | $570.69 | | $570.69 | FA |
| 9  stock in wholly-owned subsidiaries | $400.00 | $0.00 | | $0.00 | FA |
| 10  accounts receivable | $87,894.71 | $7,661.27 | | $7,661.27 | FA |
| 11  counterclaim against IP Automation-breach of contract | Unknown | $0.00 | | $0.00 | $0.00 |
| 12  various patents and other intellectual property | Unknown | $0.00 | | $0.00 | $0.00 |
| 13  Solidworks license agreement | $30,000.00 | $0.00 | | $0.00 | FA |
| 14  trucks and trailer | $445,553.00 | $0.00 | | $81,851.38 | FA |
| 15  Inventory | $390,000.00 | $366,558.84 | | $366,558.84 | FA |
| 16  claims against former officers and directors various causes of actionunder state and federal law | Unknown | $0.00 | | $4,412,500.00 | $0.00 |
| 17  claims against Bill Gilmore and Solucorp for selling intellectual property without title | Unknown | $0.00 | | $0.00 | $0.00 |
| 18  CLaims against Peter Letizia and Bill Gilmore for breach of contract and theft of trade secrets | Unknown | $0.00 | | $0.00 | $0.00 |
| 19  claims for professional malpractice against Mallah Furman & Company, PA | Unknown | $0.00 | | $0.00 | FA |
| 20  claims against Howard Appel, Virginia Dadey, and Matthew Cohen for securities fraud and related claims | Unknown | $0.00 | | $375,000.00 | $0.00 |
| 21  Tax Refunds  (u) | $0.00 | $104.97 | | $219.69 | FA |
| 22  refund of retainer from Burleson, LLP  (u) | $0.00 | $3,342.35 | | $3,342.35 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 12-46295-ELM | Trustee Name: | Carey D. Ebert |
|---|---|---|---|
| Case Name: | LATITUDE SOLUTIONS, INC. | Date Filed (f) or Converted (c): | 09/26/2018 (c) |
| For the Period Ending: | 7/2/2019 | §341(a) Meeting Date: | 12/12/2012 |
| | | Claims Bar Date: | 02/14/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23 | miscellaneous computer equipment and office equipment | $12,161.00 | $4,037.14 | | $8,123.86 | FA |
| 24 | lab equipment | $127,069.00 | $0.00 | | $0.00 | FA |
| 25 | health insurance premium rebate for 2012 policy no. 06J1966 (u) | $0.00 | $3,562.00 | | $3,562.39 | FA |
| 26 | health insurance premium rebate for policy #B19411H001 (u) | $0.00 | $72.00 | | $72.36 | FA |
| 27 | Rents from F&T (u) | $0.00 | $7,500.00 | | $7,500.00 | FA |
| 28 | Rents from F& T 4th lease (u) | $0.00 | $48,000.00 | | $48,000.00 | FA |
| 29 | Preference/Fraudulent Transfer (u) | $0.00 | $22,500.00 | | $22,500.00 | FA |
| 30 | Rents from Avivid Technologies (u) | $0.00 | $31,500.00 | | $31,500.00 | FA |
| 31 | retainer refund from Cordatis LLP (u) | $0.00 | $4,401.87 | | $4,401.87 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $1,644.46 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $1,129,678.85 | $509,155.63 | | $5,384,353.66 | $0.00 |

**Major Activities affecting case closing:**

07/02/2019    all claims issues have been resolved

accountants are preparing the estate final tax return in preparation for filing the Trustee's Final Report

final fee applications of professionals are outstanding

07/23/2018    Court approved Trustee's motion to sell Judgment to Glazier Partners and allow remaining asset to be liquidated to pay administrative expenses and unsecured creditors

**Initial Projected Date Of Final Report (TFR):** 10/01/2019     **Current Projected Date Of Final Report (TFR):** 10/01/2019     /s/ CAREY D. EBERT

CAREY D. EBERT